UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSTON CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>FLORA-TECH LANDSCAPE MANAGEMENT, INC.,<br><br>    Defendant. | Case No. 14-cv-02144-VC<br><br>**ORDER TO SHOW CAUSE AND ORDER RE FURTHER CASE MANAGEMENT CONFERENCE** |

A further case management conference is scheduled for January 20, 2015 at 10 am. Lead counsel for both parties must appear in person. They should be prepared to explain why the current case management schedule should not remain in place.

At the further case management conference, Flora-Tech is ordered to show cause why it should be not sanctioned for failing to participate in the magistrate settlement conference it requested, and failing to notify the magistrate in a timely fashion that it would not participate. Possible sanctions would include the fees and costs incurred by Houston Casualty in preparing for the settlement conference, as well as an additional sanction for wasting the Court's time. Flora-Tech should file a brief on this issue, not to exceed ten pages, by Wednesday, January 14, 2015. Houston Casualty should file its response – including a declaration setting forth the fees and costs it incurred in preparing for the settlement conference – by Friday, January 16, 2015.

**IT IS SO ORDERED**.

Dated: January 13, 2015

_____
VINCE CHHABRIA
United States District Judge