TUCKER ELLIS LLP
Robert A. Cutbirth – SBN 131279
James Cunningham – SBN 121406
One Market Plaza, Stuart Tower, Suite 700
San Francisco, CA 94105
Telephone:      415.617.2400
Facsimile:      415.617.2409

Attorneys for Plaintiff and Counterdefendant
HOUSTON CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| HOUSTON CASUALTY COMPANY,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>FLORA-TECH LANDSCAPE MANAGEMENT, INC.,<br><br>Defendant and Counterclaimant. | Case No.  CV-14-02144-DMR<br><br>[PROPOSED] ADMINISTRATIVE ORDER <s>GRANTING</s> **DENYING** RIGHT TO FILING DOCUMENTS UNDER SEAL – Local Rule 79-5<br><br>{Re HCC's NON-PUBLIC RESPONSE TO OSC AND ASSOCIATED EXHIBIT "D"}<br><br>Date:       Tuesday, January 20, 2015<br>Time:      10:00 a.m.<br>Dept:       7, Judge Chhabria |

In keeping with Local Rule 79-5, and the Declaration of Robert A. Cutbirth filed in support of Houston Casualty Company's ("HCC") request to file certain privileged documents under seal, and for good cause having been shown to the Court's satisfaction, the Court grants the request as follows:

The document captioned "Houston Casualty Company's response to Order to Show Cause [Filed under Seal with Exhibit "D"], and Exhibit "D" thereto are hereby Ordered to be filed under Seal.

February 2, 2015
Dated: ~~January __, 2015.~~          By: _____
                                          The Honorable

**DENIED**
/s/ Judge Vince Chhabria

ORDER GRANTING HCC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL - RULE 79-5
358041.1