UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSTON CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>FLORA-TECH LANDSCAPE MANAGEMENT, INC.,<br><br>    Defendant. | Case No.  14-cv-02144-VC<br><br>**ORDER OF DISMISSAL** |

The Court has been advised the parties have resolved this case. (Docket No.32). Therefore, it is ORDERED that this case is DISMISSED without prejudice.  All deadlines and hearings including the trial in the case are vacated.  Any pending motions are moot.

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated.  If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: May 1, 2015

_____
VINCE CHHABRIA
United States District Judge